UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CV-00381-BR

| KAREN HALL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER |
| v. | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| SAS INSTITUTE INC. EMPLOYEES LONG | ) | |
| TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendants | ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 13 October 2010.

_____
W. Earl Britt
Senior U.S. District Judge