# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| KAREN HALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 5:10-CV-381-H2 |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | **ORDER** |
| INSURANCE COMPANY, d/b/a Hartford | ) | |
| and SAS Institute, Inc., Employees Long | ) | |
| Term Disability Plan | ) | |
| | ) | |
| Defendants. | ) | |

Upon Motion of Defendant Hartford, with the consent of Plaintiff, and good cause being

shown, IT IS ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and

Defendant Hartford shall have until February 28, 2011 to respond to Plaintiffs Motion to Dismiss

Counterclaim.

This the 23rd day of December, 2010.

David W. Daniel
United States Magistrate Judge